```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA

MARK SCHIRO AND BRENDA SCHIRO            CIVIL ACTION

VERSUS                                   NO: 06-9977

STATE FARM FIRE & CASUALTY CO.           SECTION: "J" (1)
```

**ORDER**

Before the Court is plaintiff's Motion to Remand. (Doc. 7.) Defense counsel has signed a stipulation that the jurisdictional amount for diversity is not met and has represented to the Court that the motion to remand is unopposed.

Accordingly,

**IT IS ORDERED** that plaintiff's motion is **GRANTED**; the above-captioned action is hereby **REMANDED** to the court from which it was removed.

New Orleans, Louisiana this the 4th day of April, 2007.

*[signature]*
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE